O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY HORN D.D.S., INC. PROFIT SHARING PLAN, A CALIFORNIA CORPORATION; RANDY HORN AND ROBIN L. HORN, TRUSTEES OF THE HORN FAMILY TRUST DATED FEBRUARY 9, 1998; DAVID KIRTON, AN INDIVIDUAL, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>HIGH POINT SERVICES, INC., A CALIFORNIA CORPORATION; CONNIE WEINSTEIN, AN INDIVIDUAL; LINDA HONG, AN INDIVIDUAL; SUSAN V. MARQUIS, AN INDIVIDUAL; ANGEL ARMAS, AN INDIVIDUAL; SANDRA ABREU AKA SANDRA XANTRUCH, AN INDIVIDUAL; WILLIAM SALVADOR MEJIA, AN INDIVIDUAL; SPECTRUM PROFESSIONAL SERVICES, INC., A CALIFORNIA CORPORATION; AND DOES 1 THROUGH 20, <br><br>　　　　Defendants. | Case No. EDCV 12-01604 VAP (DTBx) <br><br>**ORDER GRANTING REPUBLIC MONETARY EXCHANGE, LLC'S MOTION TO DISMISS** <br><br>**[Motion filed on April 29, 2013]** |

    Before the Court is a motion to dismiss filed by Defendant Republic Monetary Exchange, LLC ("Republic") (Doc. No. 68) ("Motion"). The Court finds the matter appropriate for resolution without a hearing; accordingly, the Court VACATES the June 3, 2013 hearing. See Fed. R. Civ. P. 78; Local R. 7-15.

    On April 5, 2013, Plaintiffs filed a second amended complaint against a number of defendants, including Republic. (See Doc. No. 59.) Republic filed the instant Motion on April 29, 2013, with a hearing date of June 3, 2013. Under Local Rule 7-9, a party must file opposition papers no later than 21 days before the date designated for the hearing of the motion. Plaintiffs have filed no timely opposition. Under Local Rule 7-12, the Court construes a party's failure to oppose a motion as the party's consent to the Court granting it. The Court therefore GRANTS Republic's Motion, with prejudice.

Dated: May 15, 2013

VIRGINIA A. PHILLIPS
United States District Judge

2