1
2
3
4
5
6
7
8                  UNITED STATES DISTRICT COURT
9                  CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| RANDY HORN D.D.S., INC. PROFIT SHARING PLAN, A CALIFORNIA CORPORATION; RANDY HORN AND ROBIN L. HORN, TRUSTEES OF THE HORN FAMILY TRUST DATED FEBRUARY 9, 1998; DAVID KIRTON, AN INDIVIDUAL,<br><br>            Plaintiff,<br><br>     v.<br><br>HIGH POINT SERVICES, INC., A CALIFORNIA CORPORATION; CONNIE WEINSTEIN, AN INDIVIDUAL; LINDA HONG, AN INDIVIDUAL; SUSAN V. MARQUIS, AN INDIVIDUAL; ANGEL ARMAS, AN INDIVIDUAL; SANDRA ABREU AKA SANDRA XANTRUCH, AN INDIVIDUAL; WILLIAM SALVADOR MEJIA, AN INDIVIDUAL; SPECTRUM PROFESSIONAL SERVICES, INC., A CALIFORNIA CORPORATION; AND DOES 1 THROUGH 20,<br><br>            Defendants. | Case No. EDCV 12-01604 VAP (DTBx)<br><br>**JUDGMENT AS TO DEFENDANT REPUBLIC MONETARY EXCHANGE, LLC** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Second Amended Complaint against Republic Monetary Exchange, LLC is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: May 15, 2013

*/s/ Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge

2