UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY HORN D.D.S., INC. ET. AL.<br><br>         Plaintiff,<br><br>     v.<br><br>HIGH POINT SERVICES, INC., ET. AL.<br><br>         Defendants. | Case No. EDCV 12-01604 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Cross-Claimant Republic Monetary Exchange, LLC's Complaint against Cross-Defendants Bank of America, N.A. and JPMorgan Chase, N.A. is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: 1<u>3eptember 19, 20</u>      _____
                                                 VIRGINIA A. PHILLIPS
                                              United States District Judge