UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

A-M-E-N-D-E-D to Correct the Date

| | |
|---|---|
| RANDY HORN D.D.S., INC. ET. AL.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HIGH POINT SERVICES, INC., ET. AL.<br><br>　　　　Defendants. | Case No. EDCV 12-01604 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Cross-Claimant Republic Monetary Exchange, LLC's Complaint against Cross-Defendants Bank of America, N.A. and JPMorgan Chase, N.A. is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: September 19, 2013

　　　　　　　　　　　　　　　　　　　　　　/s/ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　　　United States District Judge