UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY; NORTH AMERICAN TITLE INSURANCE COMPANY; JOHN S. MOREIKO; ROBERT ERIC KALTER; MARC MESHEKOW; AND NORTH BEVERLY DEVELOPMENT INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>REPUBLIC MONETARY EXCHANGE, LLC; LOAN SOLUTION INC.; AND COLLEEN BIGLER,<br><br>        Defendants. | Case No. EDCV 12-01604 VAP (DTBx)<br><br>**AMENDED JUDGMENT**<br><br>**[Original Complaint filed September 20, 2012]** |

WHEREAS, the legal claims in this action came on regularly for a jury trial commencing on December 3, 2013 in Courtroom Two of the above-entitled Court, the Honorable Virginia A. Phillips presiding. William D. Coffee and Christopher E. Deal of Songstad Randall Coffee & Humphrey LLP appeared on behalf of plaintiffs FIRST AMERICAN TITLE INSURANCE COMPANY; NORTH AMERICAN TITLE

INSURANCE COMPANY; JOHN MOREIKO; ROBERT ERIC KALTER; MARC MESHEKOW; and NORTH BEVERLY DEVELOPMENT, INC. (collectively "Plaintiffs"). Gary Brown appeared on behalf of defendants COLLEEN BIGLER and LOAN SOLUTION, INC. Thomas Weiss and John J. Jakubczyk appeared on behalf of defendant REPUBLIC MONETARY EXCHANGE, LLC.

WHEREAS, pursuant to the Special Verdicts of the jury filed in this action on December 12, 2013, a true and correct copy of which is attached hereto as Exhibit "A" and incorporated herein by reference, the jury determined each cause of action submitted to them as follows:

1. On the cause of action of plaintiffs Marc Meshekow and North Beverly Development, Inc. for negligence against defendants Colleen Bigler and Loan Solution, Inc., the jury found in favor of plaintiffs March Meshekow and North Beverly Development, Inc. and against defendants Colleen Bigler and Loan Solution, Inc. and awarded plaintiff Marc Meshekow damages of One Hundred Thirty Thousand Two Hundred Fifty Dollars ($130,250) and plaintiff North Beverly Development, Inc. damages of One Hundred Thirty Thousand Two Hundred Fifty Dollars ($130,250);

2. On the cause of action of plaintiffs Marc Meshekow and North Beverly Development, Inc. for breach of

fiduciary duty against defendants Colleen Bigler and Loan Solution, Inc., the jury found in favor of plaintiffs March Meshekow and North Beverly Development, Inc. and against defendants Colleen Bigler and Loan Solution, Inc. and awarded plaintiff Marc Meshekow damages of One Hundred Thirty Thousand Two Hundred Fifty Dollars ($130,250) and plaintiff North Beverly Development, Inc. damages of One Hundred Thirty Thousand Two Hundred Fifty Dollars ($130,250);

3. On the cause of action for conversion by plaintiff First American Title Insurance Company against defendant Republic Monetary Exchange, LLC, the jury found in favor of plaintiff First American Title Insurance Company and awarded plaintiff First American Title Insurance Company damages of Two Hundred Fifty-Seven Thousand Eighty-Six dollars ($257,086);

4. On the cause of action of plaintiff North American Title Insurance Company for conversion against defendant Republic Monetary Exchange, LLC, the jury found in favor of plaintiff North American Title Insurance Company and awarded plaintiff North American Title Insurance Company damages of Two Hundred Twenty-Nine Thousand Eight Hundred Ten Dollars ($229,810);

5. On the cause of action of plaintiff John S. Moreko for conversion against defendant Republic Monetary Exchange, LLC, the jury found in favor of plaintiff John S. Moreko and awarded plaintiff John S. Moreko damages of One Hundred Fifty-One Thousand Ninety-Two Dollars and Fifty Cents ($151,092.50);

6. On the cause of action of plaintiff Robert Eric Kalter for conversion against defendant Republic Monetary Exchange, LLC, the jury found in favor of plaintiff Robert Eric Kalter and awarded plaintiff Robert Eric Kalter damages of One Hundred Fifty-One Thousand Ninety-Two Dollars and Fifty Cents ($151,092.50);

7. On the cause of action of plaintiff Marc Meshekow for conversion against defendant Republic Monetary Exchange, LLC, the jury found in favor of defendant Republic Monetary Exchange, LLC.

8. On the cause of action of plaintiff North Beverly Development, Inc. for conversion against defendant Republic Monetary Exchange, LLC, the jury found in favor of plaintiff North Beverly Development, Inc. and awarded plaintiff North Beverly Development, Inc. damages of Two Hundred Sixty Thousand Dollars ($260,000).

WHEREAS, the equitable issue of the right of subrogation was tried to the Court on December 12, 2013, and on January 17, 2014, the Court issued a Decision After Court Trial on Equitable Issues determining as follows:

1. Plaintiff First American Title Insurance Company is entitled to assert its equitable right of subrogation;

2. Plaintiff North American Title Insurance Company is entitled to assert its equitable right of subrogation.

WHEREFORE, pursuant to the Special Verdicts of the jury and the Court's Decision After Court Trial on Equitable Issues, the Court hereby enters Judgment as follows:

1. Plaintiff Marc Meshekow is awarded damages against defendants Loan Solution, Inc. and Colleen Bigler jointly and severally in the amount of One Hundred Thirty Thousand Two Hundred Fifty Dollars ($130,250);

2. Plaintiff North Beverly Development, Inc. is awarded damages against defendants Loan Solution, Inc. and Colleen Bigler jointly and severally in the amount of One Hundred Thirty thousand Two Hundred Fifty Dollars ($130,250);

3. Plaintiff First American Title Insurance Company is awarded damages against defendant Republic Monetary Exchange, LLC in the amount of Two Hundred Fifty-Seven Thousand Eight-Six Dollars ($257,086);

4. Plaintiff North American Tittle Insurance Company is awarded damages against defendant Republic Monetary Exchange, LLC in the amount of Two Hundred Twenty-Nine Thousand Eight Hundred Ten Dollars ($229,810);

5. Plaintiff John S. Moriko is awarded damages against defendant Republic Monetary Exchange, LLC in the amount of One Hundred Fifty-One Thousand Ninety-Two Dollars and Fifty Cents ($151,092.50);

6. Plaintiff Robert Eric Kalter is awarded damages against defendant Republic Monetary Exchange, LLC in the amount of One Hundred Fifty-One Thousand Ninety-Two Dollars and Fifty Cents ($151,092.50);

7. Plaintiff North Beverly Development, Inc. is awarded damages against defendant Republic Monetary Exchange, LLC in the amount of Two Hundred Sixty Thousand Dollars ($260,000).

Dated: January 17, 2014

_____
VIRGINIA A. PHILLIPS
United States District Judge

# EXHIBIT A

SONGSTAD RANDALL COFFEE & HUMPHREY LLP
2201 DUPONT DRIVE, SUITE 100
IRVINE, CALIFORNIA 92612
TELEPHONE (949) 757-1600
FACSIMILE (949) 757-1613

# UNITED STATES DISTRICT COURT OF CALIFORNIA

# CENTRAL DISTRICT

| | |
|---|---|
| RANDY HORN D.D.S., INC. PROFIT SHARING PLAN, a California Corporation; RANDY HORN AND ROBIN L. HORN, TRUSTEES OF THE HORN FAMILY TRUST DATED FEBRUARY 9, 1998; DAVID KIRTON, an individual; JOHN S. MOREIKO, an individual; ROBERT ERIC KALTER, an individual; MARC MESHEKOW, an individual; NORTH BEVERLY DEVELOPMENT, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HIGH POINT SERVICES, INC., a California corporation; CONNIE WEINSTEIN, an individual; LINDA HONG, an individual; ANGEL ARMAS, an individual; SANDRA ABREU aka SANDRA XATRUCH, an individual; et al.<br><br>Defendants. | Case No. ED CV 12-01604 VAP(DTBx)<br><br>Original Complaint Filed September 20, 2012<br><br>Assigned to:<br>Honorable Virginia A. Phillips<br>Courtroom 2<br><br>**JUDGMENT ON SPECIAL VERDICT**<br><br>**(Federal Rule of Civil Procedure 58)** |

**WHEREAS**, this action came on regularly for a jury trial commencing on December 3, 2013 in Department 2 of the above-entitled Court, the Honorable Virginia A. Phillips presiding. William D. Coffee and Christopher E. Deal of Songstad Randall Coffee & Humphrey LLP appeared on behalf of plaintiffs FIRST

AMERICAN TITLE INSURANCE COMPANY; NORTH AMERICAN TITLE INSURANCE COMPANY; JOHN MOREIKO; ROBERT ERIC KALTER; MARC MESHEKOW; and NORTH BEVERLY DEVELOPMENT, INC. (collectively "Plaintiffs"). Gary Brown appeared on behalf of defendants COLLEEN BIGLER and LOAN SOLUTION, INC. Thomas Weiss and John J. Jakubczyk appeared on behalf of defendant REPUBLIC MONETARY EXCHANGE, LLC

**WHEREAS**, pursuant to the Special Verdict of the jury filed in this action on December 12, 2013, a true and correct copy of which is attached hereto as **Exhibit "A"** and incorporated herein by reference, the jury determined each cause of action submitted to them as follows:

1. On the cause of action of plaintiffs Marc Meshekow and North Beverly Development, Inc. for negligence against defendants Colleen Bigler and Loan Solution, Inc., the jury found in favor of plaintiffs March Meshekow and North Beverly Development, Inc. and against defendants Colleen Bigler and Loan Solution, Inc. and awarded plaintiff Marc Meshekow damages of One Hundred Thirty Thousand Two Hundred Fifty Dollars ($130,250) and plaintiff North Beverly Development, Inc. damages of One Hundred Thirty Thousand Two Hundred Fifty Dollars ($130,250);

2. On the cause of action of plaintiffs Marc Meshekow and North Beverly Development, Inc. for breach of fiduciary duty against defendants Colleen Bigler and Loan Solution, Inc., the jury found in favor of plaintiffs March Meshekow and North Beverly Development, Inc. and against defendants Colleen Bigler and Loan Solution, Inc. and awarded plaintiff Marc Meshekow damages of One Hundred Thirty Thousand Two Hundred Fifty Dollars ($130,250) and plaintiff North Beverly Development, Inc. damages of One Hundred Thirty Thousand Two Hundred Fifty Dollars ($130,250);

3. On the cause of action for conversion by plaintiff First American Title Insurance Company against defendant Republic Monetary Exchange, LLC, the

jury found in favor of plaintiff First American Title Insurance Company and awarded plaintiff First American Title Insurance Company damages of Two Hundred Fifty-Seven Thousand Eighty-Six dollars ($257,086);

4. On the cause of action of plaintiff North American Title Insurance Company for conversion against defendant Republic Monetary Exchange, LLC, the jury found in favor of plaintiff North American Title Insurance Company and awarded plaintiff North American Title Insurance Company damages of Two Hundred Twenty-Nine Thousand Eight Hundred Ten Dollars ($229,810);

5. On the cause of action of plaintiff John S. Moreko for conversion against defendant Republic Monetary Exchange, LLC, the jury found in favor of plaintiff John S. Moreko and awarded plaintiff John S. Moreko damages of One Hundred Fifty-One Thousand Ninety-Two Dollars and Fifty Cents ($151,092.50);

6. On the cause of action of plaintiff Robert Eric Kalter for conversion against defendant Republic Monetary Exchange, LLC, the jury found in favor of plaintiff Robert Eric Kalter and awarded plaintiff Robert Eric Kalter damages of One Hundred Fifty-One Thousand Ninety-Two Dollars and Fifty Cents ($151,092.50);

7. On the cause of action of plaintiff Marc Meshekow for conversion against defendant Republic Monetary Exchange, LLC, the jury found in favor of defendant Republic Monetary Exchange, LLC.

8. On the cause of action of plaintiff North Beverly Development, Inc. for conversion against defendant Republic Monetary Exchange, LLC, the jury found in favor of plaintiff North Beverly Development, Inc. and awarded plaintiff North Beverly Development, Inc. damages of Two Hundred Sixty Thousand Dollars ($260,000).

**WHEREFORE**, pursuant to the Special Verdict of the jury, the Court hereby enters Judgment as follows:

1. Plaintiff Marc Meshekow is awarded damages against defendants

1. Loan Solution, Inc. and Colleen Bigler jointly and severally in the amount of One Hundred Thirty Thousand Two Hundred Fifty Dollars ($130,250);

2. Plaintiff North Beverly Development, Inc. is awarded damages against defendants Loan Solution, Inc. and Colleen Bigler jointly and severally in the amount of One Hundred Thirty thousand Two Hundred Fifty Dollars ($130,250);

3. Plaintiff First American Title Insurance Company is awarded damages against defendant Republic Monetary Exchange, LLC in the amount of Two Hundred Fifty-Seven Thousand Eight-Six Dollars ($257,086);

4. Plaintiff North American Tittle Insurance Company is awarded damages against defendant Republic Monetary Exchange, LLC in the amount of Two Hundred Twenty-Nine Thousand Eight Hundred Ten Dollars ($229,810);

5. Plaintiff John S. Moriko is awarded damages against defendant Republic Monetary Exchange, LLC in the amount of One Hundred Fifty-One Thousand Ninety-Two Dollars and Fifty Cents ($151,092.50);

6. Plaintiff Robert Eric Kalter is awarded damages against defendant Republic Monetary Exchange, LLC in the amount of One Hundred Fifty-One Thousand Ninety-Two Dollars and Fifty Cents ($151,092.50);

7. Plaintiff North Beverly Development, Inc. is awarded damages against defendant Republic Monetary Exchange, LLC in the amount of Two Hundred Sixty Thousand Dollars ($260,000).

**IT IS SO ORDERED**

*Virginia A. Phillips*

Dated: December 23, 2013

UNITED STATES DISTRICT JUDGE